**Appeal Dismissed and Majority and Dissenting Opinions filed December 2, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00754-CR

---

**LLOYD ANDREW CHAMBERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 5823**

---

## M A J O R I T Y   O P I N I O N

Appellant was convicted in a municipal court of the offense of failing to wear a seat belt while operating a commercial vehicle. Appellant appealed to the county criminal court of law. The record before this court contains no order or judgment, although it does contain an opinion.

Pursuant to Texas Government Code section 30.00027(b), an appellant may petition the Courts of Appeals but must follow the provisions of the Code of

Criminal Procedure relating to direct appeals from a county or a district court to the court of appeals with the narrow exception that the briefs and record at the county criminal court at law may be filed directly with the Court of Appeals. Tex. Gov't Code Ann. § 30.00027(b).

In accordance with the Texas Rules of Appellate Procedure, the notice of appeal must be filed within 30 days after the day the trial court enters an appealable order. *See* Tex. R. App. P. 26.2(a)(1). Although there is an opinion from the court below here, the record contains neither a judgment nor an order.

Without a judgment or other appealable order, this Court has no jurisdiction to entertain an appeal and the appeal must be dismissed. *See Solon v. State*, No. 05-97-01122-CR, 1997 WL 599151, at *1 (Tex. App.—Dallas Sept. 30, 1997, no pet.) (not designated for publication) (dismissing attempted appeal from county court where record contained no judgment or appealable order).

Accordingly, we dismiss this appeal because there is not yet a final order in the appeal below.


/s/     Meagan Hassan
        Justice


Panel consists of Justices Jewell, Bourliot, and Hassan (Jewell, J., dissenting).
Publish — Tex. R. App. P. 47.2(b).